# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**　　　　　　　**CASE NO.  6:23-MJ-00085-01**

**VERSUS**　　　　　　　**MAGISTRATE JUDGE CAROL B. WHITEHURST**

**DEVANTE SIMON**

## MINUTES OF COURT:
### Initial Appearance

| Date: | July 13, 2023 | Presiding: | Magistrate Judge Carol B. Whitehurst |
|---|---|---|---|
| Court Opened: | 11:45 a.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 11:57 a.m. | Court Reporter: | LCR |
| Statistical Time: | 0:12 | Courtroom: | CR6 |
| | | Probation Officer: | Michael Christy |

## APPEARANCES

| LaDonte Murphy (AUSA) | For | United States of America |
|---|---|---|
| Dwazendra Smith (CJA) | For | Devante Smith |

## PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON: Complaint**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Identity Hearing: Waived
Preliminary Hearing: Waived

**ORDER:**
Based on the financial information contained in defendant's financial affidavit and that provided orally by the defendant, the court finds that the defendant qualifies for court-appointed counsel. The motion for appointment of counsel is granted and the Office of the Federal Public Defender is hereby appointed to represent defendant or to recommend counsel to represent defendant in all further proceedings.

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**RELEASE:**
The government is not moving for detention

**BOND:**
Bond Set: $15,000.00 Unsecured Appearance Bond Signed (AO98)
Order Setting Conditions of Release Signed (Modified AO199)

Defendant is released after processing by U.S. Marshal.

**FILINGS:**
Appearance Bond (AO98)
Order Setting Conditions of Release (Modified AO199)
Due Process Protections Act Order
Order Appointing Counsel
Waiver of a Preliminary Hearing